[Nos. 41537-2-II; 41547-0-II.   Division Two.   July 31, 2012.]

*In the Matter of the Guardianship of* CAROLYN K. PLOTKE.

YVONNE POLKOW, *as Guardian, Respondent*, v. LEO K. PLOTKE, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 08-2-04996-9, Diane M. Woolard, J., entered November 17, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[Nos. 41994-7-II; 42000-7-II.   Division Two.   July 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. LANDER, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 09-1-00342-8, Gary R. Tabor, J., entered March 17, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42706-1-II.   Division Two.   July 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY DEAN CHAPPELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01197-0, Christine A. Pomeroy, J., entered October 5, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.